IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00855-RPM

DJENITA IMAMOVIC,

    Plaintiff,

v.

THE HOME DEPOT U.S.A., INC.,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


      Due to a conflict in the Court's calendar, the June 5, 2015, scheduling conference is vacated and the conference is **rescheduled for June 19, 2015, at 1:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.


DATED:  June 1, 2015