IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00855-RPM

DJENITA IMAMOVIC,

    Plaintiff,

v.

THE HOME DEPOT U.S.A., INC.,

    Defendant.

_____

ORDER AMENDING SCHEDULING ORDER
_____

On this date came to be considered Plaintiff's and Defendant's Agreed Motion to Amend Scheduling Order. It appears to the Court that the Agreed Motion to Amend Scheduling Order is well taken and should in all things be GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that the following deadlines in the Scheduling Order are amended as follows:

    Deadline for Defendant to Designate Experts: 1/4/2016

    Deadline to Complete Discovery: 2/29/2016

Dated:   November 24th, 2015

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge