IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00855-RPM

DJENITA IMAMOVIC,

      Plaintiff,

v.

THE HOME DEPOT U.S.A., INC.,

      Defendant.

_____

## ORDER SETTING TRIAL DATE

_____

      Pursuant to the pretrial conference today, it is

      ORDERED that this matter is set for trial to jury on **August 22, 2016, at 8:30 a.m.,**

in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout

Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII

Judges/HonRichardPMatsch.aspx

      Dated:   April 7, 2016

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior District Judge